IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAYLE LEWIS,

      Plaintiff,                        No. CIV S-12-2417 KJM-DAD

      vs.

UNITED STATES DEPARTMENT OF
WORKER'S COMPENSATION PROGRAMS;
MARCY LYON, claims examiner, and
MICHAEL FRANK, government contractor

      Defendants.                   <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed a motion for a temporary restraining order in the above-captioned action on September 24, 2012. (ECF 1.) As detailed in the court's October 16, 2012 order, plaintiff did not file the documents required by Local Rule 231(c). (ECF 4.) The court ordered plaintiff to re-file the additional documents by 1 p.m. on Tuesday, October 23, 2012, if he wished to proceed with the motion.[1] (*Id.*) On October 25, 2012 plaintiff submitted a reply to the court's October 23 order. (ECF 6.) However, the reply was filed after the deadline and did not include any of the additional documents required by Local Rule 231(c).

---

[1] The court initially ordered plaintiff to file additional documents by 1 p.m. on Monday, October 1, 2012; as plaintiff was not properly served with this first order, plaintiff was served with a second order extending the time to re-file.

1

1 As plaintiff has not filed the required documents, plaintiff's motion for a
2 temporary restraining order is hereby DENIED.
3       IT IS SO ORDERED.
4 DATED: November 1, 2012.

                                              UNITED STATES DISTRICT JUDGE