IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAYLE LEWIS,

     Plaintiff,                                No. CIV S-12-2417 KJM-DAD

     vs.

UNITED STATES DEPARTMENT OF
WORKER'S COMPENSATION PROGRAMS;
MARCY LYON, claims examiner, and
MICHAEL FRANK, government contractor

     Defendants.                       <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed a motion for a temporary restraining order in the above-captioned action on September 24, 2012. (ECF 1.) The court denied plaintiff's motion on November 1, 2012 (ECF 7), explaining that plaintiff did not file the documents required by Local Rule 231(c) before his October 23, 2012 deadline. (ECF 7.) The court did not consider the plaintiff's complaint filed on October 22, 2012. (ECF 5.) Nonetheless, the court's denial of plaintiff's motion stands, as plaintiff did not file all documents required under Local Rule 231(c).

        IT IS SO ORDERED.

DATED: November 7, 2012.

                                                            UNITED STATES DISTRICT JUDGE